```
FUNCTION =INQUIRE                                               CASE SCREEN 4
   Case number : 21-C-822                                        Action Log
          RUSTYN BOOTH                            vs. MOSES NISSAN, LLC
Line   Date               Action / Results
  1  09/16/21  *CASE INFO SHEET; C; SUM & 1 CPY; F FEE; $200
  2  09/22/21  # LET FR SS DTD 9/20/21; SUM W/RET (9/20/21 SS) AS TO MOSES
  3             NISSAN LLC




    C=Chg   D=Del   1-4=Scr   M=Menu   T=Chg Line#   PgUp PgDn P=Prt A=Add I=Image
```

A TRUE COPY
TEST: Cathy *illegible signature* CLERK
CIRCUIT COURT KANAWHA COUNTY, W.VA.
By C Pugh

EXHIBIT B