**IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA**

RUSTYN BOOTH,

     Plaintiff,

v.                               **Civil Action No. 21-C-822**
                                         **Judge Akers**

MOSES NISSAN, LLC,

     Defendant.

<u>**NOTICE OF REMOVAL TO FEDERAL COURT**</u>

     Notice is hereby given that the above-styled action has been removed to the United States District Court for the Southern District of West Virginia, pursuant to 28 U.S.C. §§ 1367, 1441, and 1446. Pursuant to 28 U.S.C. § 1446, a copy of the Notice of Removal, with exhibits, is attached hereto as Exhibit 1.

                         **MOSES NISSAN, LLC**

                         *Kevin L. Carr / with permission*
                         *by S.E.K.*
                         *WVSB #13007*
Kevin L. Carr (WV State Bar # 6872)
Sarah E. Kowalkowski (WV State Bar # 13007)
Attorneys for Moses Nissan, LLC
Spilman Thomas & Battle, PLLC
300 Kanawha Boulevard, East
Charleston, WV 25301
Telephone: 304.340.3800
Fax: 304.340.3801
Email: kcarr@spilmanlaw.com
Email: skowalkowski@spilmanlaw.com

EXHIBIT C

**IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA**

RUSTYN BOOTH,

     Plaintiff,

v.                              **Civil Action No. 21-C-822**
                                   **Judge Akers**

MOSES NISSAN, LLC,

     Defendant.

## CERTIFICATE OF SERVICE

    I, Kevin L. Carr, certify that I have served a copy of the foregoing "Notice of Removal to Federal Court" upon the following counsel of record by depositing the same in the United States mail, postage prepaid, on October 19, 2021, addressed as follows:

                Thomas H. Peyton
                Peyton Law Firm, PLLC
                P.O. Box 216
                Nitro, WV 25143

                                  *Kevin L. Carr / with permission*
                              Kevin L. Carr (WV State Bar # 6872) *by S.E.K.*
                                        *WVSB # 13007*

2

EXHIBIT C