## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**RUSTYN BOOTH,**

        **Plaintiff,**

v.                           **CIVIL ACTION NO. 2:21-CV-00564**
                             **JUDGE THOMAS E. JOHNSTON**

**MOSES NISSAN, LLC,**

        **Defendant.**

### JOINT STIPULATION TO EXTEND TIME
### TO RESOLVE DISCOVERY DISPUTES

Pursuant to L.R. Civ. P. 11.2 and 37.1(c), Plaintiff Rustyn Booth and Defendant Moses Nissan, LLC, by and through their counsel, hereby stipulate that they have agreed to extend the timeframe for resolving discovery disputes related "Plaintiff's Answers and Responses to Moses Nissan, LLC's First Set of Interrogatories and Request for Production of Documents to Plaintiff" to April 7, 2022.

Dated: March 25, 2022

| **RUSTYN BOOTH** | **MOSES NISSAN, LLC** |
|---|---|
| /s/ Thomas H. Peyton | /s/ Sarah E. Kowalkowski |
| Thomas H. Peyton (WVSB #8841) | Kevin L. Carr (WV State Bar # 6872) |
| Attorney for Plaintiff Rustyn Booth | Sarah E. Kowalkowski (WVSB #13007) |
| Peyton Law Firm, PLLC | Attorneys for Moses Nissan, LLC |
| 2801 First Avenue, P.O. Box 216 | Spilman Thomas & Battle, PLLC |
| Nitro, WV 25143 | 300 Kanawha Boulevard East |
| Telephone: 304-755-5556 | Charleston, WV 25301 |
| Fax: 304-755-1255 | Telephone: 304-340-3800 |
| Email: thpeyton@peytonlawfirm.com | Fax: 304-340-3801 |
| | Email: kcarr@spilmanlaw.com |
| | Email: skowalkowski@spilmanlaw.com |