## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

**RUSTYN BOOTH,**

    **Plaintiff,**

**v.**                                                    **Civil Action No. 21-CV-00564**
                                                          **Chief Judge Johnston**

**MOSES NISSAN, LLC,**

    **Defendant.**

### AMENDED NOTICE OF DEPOSITION OF RUSTYN BOOTH

**PLEASE TAKE NOTICE** that Defendant Moses Nissan, LLC, by counsel, will take the videotaped deposition of Plaintiff Rustyn Booth on June 22, 2022 at 10:00 a.m. at Spilman Thomas & Battle, PLLC, 300 Kanawha Boulevard, East, Charleston, West Virginia 25301 before an officer duly authorized by law to administer oaths. The foregoing videotaped deposition will be taken upon oral examination for discovery and evidentiary purposes.

                                              **MOSES NISSAN, LLC**

                                              /s/ Kevin L. Carr
                                              Kevin L. Carr (WV State Bar # 6872)
                                              Sarah E. Kowalkowski (WV State Bar # 13007)
                                              Attorneys for Moses Nissan, LLC
                                              Spilman Thomas & Battle, PLLC
                                              300 Kanawha Boulevard, East
                                              Charleston, WV  25301
                                              Telephone: 304.340.3800
                                              Fax: 304.340.3801
                                              Email: kcarr@spilmanlaw.com
                                              Email: skowalkowski@spilmanlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# CHARLESTON DIVISION

**RUSTYN BOOTH,**

      **Plaintiff,**

**v.**                                                     **Civil Action No. 21-CV-00564**
                                                                      **Chief Judge Johnston**

**MOSES NISSAN, LLC,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I, Kevin L. Carr, certify that on June 13, 2022, I electronically filed the foregoing "Notice of Deposition of Rustyn Booth" with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record as follows:

> Thomas H. Peyton
> Peyton Law Firm, PLLC
> P.O. Box 216
> Nitro, WV 25143

> /s/ Kevin L. Carr
> Kevin L. Carr (WV State Bar # 6872)