UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

RUSTYN BOOTH,

    Plaintiff,

v.              CIVIL ACTION NO. 2:21-cv-00564

MOSES NISSAN, LLC,

    Defendant.

## DISMISSAL ORDER

On October 27, 2022, the parties filed a Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. (ECF No. 40.) For the reasons stated therein, the matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket, with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:  October 28, 2022

_____
THOMAS E. JOHNSTON, CHIEF JUDGE